IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Edison, Michele Ellese

Printed: 6/3/08

Case Number: 06 B 14403
Judge: Wedoff, Eugene R

Filed: 11/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: January 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 25,500.00 |  |
| Secured: |  | 24,163.80 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,336.20 |
| Other Funds: |  | 0.00 |
| Totals: | 25,500.00 | 25,500.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 45,028.07 | 24,163.80 |
| 3. | Countrywide Home Loans Inc. | Secured | 42,227.78 | 0.00 |
| 4. | Federated Retail Holdings Inc | Unsecured | 437.29 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 6,332.09 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 11,285.36 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 271.34 | 0.00 |
| 8. | HFC | Unsecured |  | No Claim Filed |
|  |  |  | $ 105,581.93 | $ 24,163.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 326.40 |
| 5.4% | 1,009.80 |
|  | $ 1,336.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Edison, Michele Ellese | Case Number:  06 B 14403 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/3/08 | Filed:  11/4/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

